

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2023 SEP 29 P 2:56

CAROL L. MICHEL
CLERK

# SEALED FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR RECEIPT OF CHILD SEXUAL ABUSE MATERIAL AND OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-00215** |
| v. | * | **SECTION:** SECT. I MAG. 4 |
| **SIMON PAUL ADAMS** | * | **VIOLATIONS:** 18 U.S.C. § 1466A(a)(1) |
| | | 18 U.S.C. § 2252(a)(2) |
| | * | 18 U.S.C. § 2252(b)(1) |
| | | 18 U.S.C. § 2252A(b)(1) |
| | * | |

\*    \*    \*

The Grand Jury charges that:

## COUNT ONE
### (Receipt of Child Sexual Abuse Material)

Beginning at a time unknown, but not later than on or about March 26, 2023, and continuing until on or about July 3, 2023, in the Eastern District of Louisiana, and elsewhere, the defendant, **SIMON PAUL ADAMS**, did knowingly receive, and attempt to receive, visual depictions, that is, digital images and videos and computer images and videos, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which involved the use of minors, including some as

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc.No. _____

young as approximately three (3) years old, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO
### (Obscene Visual Representations of the Sexual Victimization of Children)

Beginning at a time unknown, but not later than on or about March 26, 2023, and continuing until on or about July 3, 2023, in the Eastern District of Louisiana, and elsewhere, the defendant, **SIMON PAUL ADAMS**, did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct and is obscene, in violation of Title 18, United States Code, Sections 1466A(a)(1) and 2252A(b)(1).

## NOTICE OF FORFEITURE

1.      The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offenses alleged in Counts 1 and 2, the defendant, **SIMON PAUL ADAMS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1467 and 2253(a)(2), all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

> One (1) Dell Latitude E5440 Laptop – Black, bearing serial number FV9ZP12;

> One (1) Apple iPhone X (Model D22AP) – Black, bearing serial number G6VX2271JCLF;

One (1) Apple iPhone 7 Plus (Model D11AP) – Red, bearing serial number F2RTCW3KHX9F.

3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third person;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

DUANE A. EVANS
UNITED STATES ATTORNEY

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
September 29, 2023

3

*No.*_____

# UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

## THE UNITED STATES OF AMERICA

vs.

### SIMON PAUL ADAMS

# INDICTMENT

**INDICTMENT FOR RECEIPT OF CHILD SEXUAL ABUSE
MATERIAL AND OBSCENE VISUAL REPRESENTATIONS
OF THE SEXUAL ABUSE OF CHILDREN**

| VIOLATIONS: | 18 U.S.C. § 1466A(a)(1) |
| | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(b)(1) |
| | 18 U.S.C. § 2252A(b)(1) |



*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day of* _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *A.D.*

2023.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk*

*Bail,* $_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**JORDAN S. GINSBERG**
**Assistant United States Attorney**