*TO:  DOCKET CLERK*

___*MAGISTRATE CASE NUMBER*

**SEALED**

**23-00215**

*OR*

**SECT. I MAG. 4**

_X_ *NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:  SIMON PAUL ADAMS*

*Initials:amm*

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you