PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM

Katlyn LaCombe
[X] U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3121

Name of Asst. U.S. Attorney (if assigned)    Jordan Ginsberg

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI, SA Joshua Giegling

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP  20,  21  or  40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense | Orleans Parish    County

CASE NO. **23-00215**

USA vs.

Defendant: SIMON PAUL ADAMS

**SECT. I MAG. 4**

Address: Thibodaux, LA

☐ Interpreter Required    Dialect: _____

Birth Date 1996    ☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number xxx-xx-8575

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Sections 2252(a)(2), 2252(b)(1) | Receipt of Child Sexual Abuse Material | 1 |
| 4 | Title 18 USC Sections 1466A(a)(1), 2252A(b)(1) | Obscene Visual Representations of the Sexual Victimization of Children | 1 |
| | | | |
| | | | |