

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 FEB 20 P 3: 19

CAROL L. MICHEL
CLERK

**FELONY**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### SUPERSEDING BILL OF INFORMATION FOR POSSESSION OF
### MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF CHILDREN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-215 |
| v. | * | SECTION: "I" |
| SIMON PAUL ADAMS | * | VIOLATION: 18 U.S.C. § 2252(a)(4)(B) |
| | | 18 U.S.C. § 2252(b)(2) |
| | * | 18 U.S.C. § 2253 |

\* \* \*

The United States Attorney charges that:

### COUNT ONE

Beginning at a time unknown and continuing until on or about July 13, 2023, within the Eastern District of Louisiana, the defendant, **SIMON PAUL ADAMS,** did knowingly possess one or more matters, that is, computer media, containing digital videos and computer images, that contained visual depictions that had been mailed, shipped, and transported in interstate and foreign commerce, and that were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor who was prepubescent and under the age of twelve (12)-years-old

Fee_____
/Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____

engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(b) and (b)(2).

## NOTICE OF FORFEITURE

1.      The allegations of Count 1 of this Superseding Bill of Information are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offense alleged in Count 1, the defendant, **SIMON PAUL ADAMS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1467 and 2253(a)(2), all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

> One (1) Dell Latitude E5440 Laptop – Black, bearing serial number FV9ZP12;
>
> One (1) Apple iPhone X (Model D22AP) – Black, bearing serial number G6VX2271JCLF;
>
> One (1) Apple iPhone 7 Plus (Model D11AP) – Red, bearing serial number F2RTCW3KHX9F.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

> a.      cannot be located upon the exercise of due diligence;
>
> b.      has been transferred or sold to, or deposited with, a third person;
>
> c.      has been placed beyond the jurisdiction of the Court;
>
> d.      has been substantially diminished in value; or

2

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek

forfeiture of any other property of said defendant up to the value of the above forfeitable property.


DUANE A. EVANS
UNITED STATES ATTORNEY

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956


New Orleans, Louisiana
February 20, 2024

3

Case 2:23-cr-00215-LMA-KWR   Document 28   Filed 02/20/24   Page 4 of 4

No. 23-215 "I"

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

SIMON PAUL ADAMS

SUPERSEDING BILL OF INFORMATION
FOR POSSESSION OF MATERIALS INVOLVING
THE SEXUAL EXPLOITATION OF CHILDREN

Violation(s):

18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(2)
18 U.S.C. § 2253

Filed _____, 20 24

_____, Clerk.

By _____, Deputy

_____
Assistant United States Attorney
JORDAN GINSBERG