UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-215 |
| v. | * | SECTION: "I" |
| SIMON PAUL ADAMS | * | |

\*    \*    \*

**FACTUAL BASIS**

The defendant, **SIMON PAUL ADAMS** (hereinafter, the "defendant" or "**ADAMS**"), has agreed to plead guilty to Count One of the Superseding Bill of Information currently pending against him, charging **ADAMS** with possession of child sexual abuse material, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Should this matter proceed to trial, both the Government and the defendant, **SIMON PAUL ADAMS**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crimes to which the defendant is pleading guilty. The Government and the defendant further stipulate that the Government would have proven, through the introduction of competent testimony and admissible, tangible exhibits, the following facts, beyond a reasonable doubt, to support the allegations in the Indictment now pending against the defendant:

The Government would show that, at all times mentioned in the Indictment, the defendant, **ADAMS**, was a resident of the Eastern District of Louisiana and lived in Thibodaux, Louisiana.

The Government would further present competent testimony and evidence that on multiple dates, including on or about October 15, 2022, December 14, 2022, and January 19, 2023, Special Agents with the Federal Bureau of Investigation ("FBI") conducted an investigation into the sharing of digital files depicting the sexual exploitation of children via a peer-to-peer file sharing

Page **1** of **5**

AUSA ⎯⎯⎯
Defendant _SA_
Defense Counsel ⎯⎯⎯

network.  Agents downloaded from an IP address connected to a residence in Thibodaux, Louisiana, subsequently determined to be **ADAMS's** residence, a series of files depicting the sexual exploitation of children.  The files included videos of lengths between approximately three minutes and twenty-three minutes depicting juvenile females being sexually victimized.

The Government would further present competent testimony and evidence, including the testimony of FBI Special Agent Joshua Giegling, that in about July 2023, law enforcement officials executed a search warrant at **ADAMS's** residence.  Special Agent Giegling would testify that the FBI seized several electronic items that belonged to **ADAMS** during the execution of the search warrant, including two Apple iPhones, one Dell laptop computer, and three thumb drives (collectively, "the Devices").  Subsequently, some of the seized devices, including both iPhones and the Dell laptop computer, were determined to contain files (*i.e.*, images and videos) depicting the sexual victimization of children and obscene visual representations of the sexual abuse of children, as that latter term is defined in Title 18, United States Code, Section 1466A.

The Government would further establish through testimony and forensic computer evidence that **ADAMS** knowingly used some of the Devices to search for, download, and save images depicting the sexual victimization of children and obscene visual representations of the sexual abuse of children.  Further, the evidence and testimony would establish that a computer forensic search of the seized computers and related evidence revealed at least approximately 5 images and 70 videos depicting the sexual victimization of children and over 30 images and 1,500 videos depicting obscene visual representations of the sexual abuse of children.

Special Agent Giegling and forensic examiners with the FBI would testify that they were able to determine, after reviewing evidence seized during the execution of the aforementioned

Page <strong>2</strong> of <strong>5</strong>

AUSA ___JG___
Defendant ___SA___
Defense Counsel ___VM___

search warrant, **ADAMS** used a peer-to-peer file sharing network on numerous dates to download and store multiple files depicting the sexual victimization of children and obscene visual representations of the sexual abuse of children on multiple dates, including on or about July 3, 2023.

Forensic evidence consisting of medical testimony, law enforcement officers, and supporting documentation would establish that some of the child victims depicted in the images and videos **ADAMS** searched for, obtained, and possessed were of real, identifiable victims, less than the age of eighteen (18) years old. All of the images depicting the sexual victimization of minors and obscene visual representations of the sexual abuse of children possessed by the defendant would be introduced through the testimony of Special Agents with the FBI.

Forensic evidence and testimony would further establish some of the child victims depicted in the materials possessed by **ADAMS** were of prepubescent children less than eighteen (18) years of age; to wit: less than three (3) years old at the time the child sexual abuse material was created. The testimony would further establish that the videos and images of the child victims depicted them engaging in "sexually explicit conduct," as defined in Title 18, United States Code, Section 2256. Among the files **ADAMS** searched for, downloaded, and stored were some that portrayed "sadistic or masochistic conduct or other depictions of violence," including numerous images and videos depicting the sexual penetration of conscious prepubescent females by an adult male.

Further, the Government would present evidence that would establish that the images and videos of child sexual abuse material and obscene visual representations of the sexual abuse of children **ADAMS** searched for, downloaded, and possessed, had been transported in interstate commerce via computer. The Government would also establish, through testimony and

AUSA _JG_
Defendant _SA_
Defense Counsel _____

documentary evidence, that the equipment used by the defendant to acquire the child sexual abuse material and obscene visual representations of the sexual abuse of children was transported in interstate or foreign commerce.

The above facts come from an investigation conducted by, and would be proven at trial by credible testimony from, the Special Agents and forensic examiners from the FBI, other witnesses, documents and electronic devices in the possession of the FBI, and statements made by the defendant, **SIMON PAUL ADAMS**.

Page **4** of **5**

AUSA _JG_
Defendant _SA_
Defense Counsel _Jw_

**Limited Nature of Factual Basis**

This proffer of evidence is not intended to constitute a complete statement of all facts known by **DEFENDANT** and the Government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for his guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the plea of guilty to the charged offense by **DEFENDANT**.

**APPROVED AND ACCEPTED:**

_____          _2-21-24_____
SIMON PAUL ADAMS                         Date
Defendant

_____          _2-21-2024_____
VALERIE WELZ JUSSELIN                     Date
(Louisiana Bar No. _____)
Attorney for Defendant Adams

_____          _2-21-24_____
JORDAN GINSBERG                          Date
(Illinois Bar. No. 6282956)
Assistant United States Attorney